UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>DERRICK JENNINGS</u>,

    Plaintiff,

v.                                           No.:   3:11-CV-402
                                                   (VARLAN/SHIRLEY)

<u>CLAIBORNE COUNTY JAIL</u>, et al.,

    Defendants.

## MEMORANDUM

This is a *pro se* prisoner's civil rights action pursuant to 42 U.S.C. § 1983. On October 28, 2011, the Court directed plaintiff to complete and return the service packets for the defendants. Plaintiff's copy of that order, which was mailed to him at his last known address of the Claiborne County Jail, was returned undelivered on November 7, 2011 with the notation "no longer here." Plaintiff bears the burden of prosecuting his action, which includes informing the Court of his correct mailing address, and he has not done so.

Accordingly, this action will be **DISMISSED WITH PREJUDICE** for plaintiff's failure to prosecute and to comply with the orders of the Court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991). The Court will **CERTIFY** that any appeal

from this action would not be taken in good faith and would be totally frivolous.  Fed. R. App. P. 24.

**AN APPROPRIATE ORDER WILL ENTER.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE
